IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**AIRCHARD ALLEN,**

    **Plaintiff,**

**v.**                                                             Civil Action No. 3:25cv274

**G. FOUCHI,**

    **Defendant.**

## MEMORANDUM OPINION

By Memorandum Order entered on April 17, 2025, the Court conditionally docketed Plaintiff's action. (ECF No. 2.) On May 13, 2025, the United States Postal Service returned the April 17, 2025 Memorandum Order to the Court marked, "NOT HERE," and "RETURN TO SENDER."[1] (ECF No. 4, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 05-22-2025
Richmond, Virginia

                                                        /s/
                                                  M. Hannah Lauck
                                                  United States District Judge

---

[1] Plaintiff was apparently released from custody on April 18, 2025. (ECF No. 3, at 1.)